Roger Don FARMER *v.* STATE of Arkansas

CR 99-627                                              992 S.W.2d 130

Supreme Court of Arkansas
Opinion delivered June 17, 1999

*Jeffrey W. Hatfield,* for appellant.

No response.

PER CURIAM. Appellant Roger Don Farmer, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Jeffrey W. Hatfield, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.